UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80251-CIV-DIMITROULEAS

STEPHEN M. ROSS, an individual,

    Plaintiffs,

v.

ANTHONY HOWE, an individual,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal [DE 9] (the "Notice"), filed herein on June 13, 2018. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 9] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 13th day of June, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record